No. 3443.—El Pueblo, apldo., v. Bermudez, aplte.—C. D.
San Juan. Abril 17, 1928.

Por cuanto la única cuestión planteada por el apelante
en este caso es que la corte inferior ''erró al desestimar la
moción de sobreseimiento fundándose en el mucho trabajo
que había tenido la corte, a pesar de que el ministerio fiscal
no alegó razón alguna para justificar la demora;''

Por cuanto según aparece de la transcripción de autos
la apelación procedente de la corte municipal fué radicada
en la corte de distrito el día 29 de septiembre de 1926 y el
juicio se celebró el 8 de febrero de 1927, habiendo transcu-
rrido con exceso los 120 días que establece la ley, desde la
fecha de la radicación del caso, que es equivalente a la pre-
sentación de la acusación en corte, según la jurisprudencia ya
establecida por este tribunal;

Por cuanto el único motivo que tuvo la corte inferior
para declarar sin lugar la moción de sobreseimiento que obra
en los autos fué el ya expresado en el señalamiento de error
arriba mencionado;

Por cuanto el fiscal, fundándose en el caso de *El Pueblo*
v. *Padilla,* 36 D.P.R. 439, está conforme con que se revoque
la sentencia apelada y con que se sobresea el caso;

Por tanto, *se revoca* la sentencia apelada.